UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


CHARLES A. DUNN SR.,
Plaintiff,


v.


FREDERICK TIPTON, a/k/a "FREDDIE GIBBS,"
ESGN, LLC,
ALAN MAMAN, a/k/a "THE ALCHEMIST,"
ALC RECORDS,
VIRGIN MUSIC GROUP,
Defendants.


Civil Action No. 1:26-cv-01230-AS


SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT
(17 U.S.C. § 101 et seq.)


JURY TRIAL DEMANDED


Plaintiff Charles A. Dunn Sr., proceeding pro se, alleges as follows:


NATURE OF THE ACTION

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.
2. Plaintiff brings this action to remedy Defendants' unauthorized reproduction, preparation of derivative works, distribution, public performance, and commercial exploitation of Plaintiff's copyrighted musical composition entitled "Everything Is You."
3. Defendants incorporated protectable elements of Plaintiff's composition into the commercially released sound recording entitled "Empanada" (the "Infringing Recording").
4. The Infringing Recording appears on the album Alfredo 2.
5. The album Alfredo 2 was commercially released under the label credit "ALC Records / ESGN."

6. The album Alfredo 2, including the Infringing Recording, has been commercially distributed through Virgin Music Group and made available through digital streaming platforms and other commercial distribution channels.
7. Defendants have exploited the Infringing Recording for commercial gain without authorization from Plaintiff.

PARTIES

8. Plaintiff Charles A. Dunn Sr. is a songwriter and copyright owner of the musical composition "Everything Is You."
9. Defendant Frederick Tipton, professionally known as "Freddie Gibbs," is a recording artist who performed the Infringing Recording.
10. Defendant ESGN, LLC is a business entity associated with Defendant Frederick Tipton and, upon information and belief, participated in the release and commercial exploitation of the album Alfredo 2 and the Infringing Recording.
11. Defendant Alan Maman, professionally known as "The Alchemist," is a music producer who produced the Infringing Recording.
12. Defendant ALC Records is the label imprint credited in connection with the release of the album Alfredo 2.
13. Upon information and belief, ALC Records is a label imprint and trade name associated with Defendant Alan Maman and used in connection with the release and commercial exploitation of sound recordings, including the album Alfredo 2 and the Infringing Recording.
14. To the extent ALC Records operates as a trade name, imprint, or unincorporated business designation rather than a separately registered legal entity, Plaintiff names ALC Records as a Defendant to identify the label imprint through which the Infringing Recording was released and commercially exploited and reserves the right to amend this pleading if discovery reveals the precise legal entity operating under that name.
15. Defendant Virgin Music Group is a music distribution entity that, upon information and belief, facilitated and participated in the commercial distribution of the album Alfredo 2 and the Infringing Recording to digital service providers and other commercial platforms.

CORRECTION OF DEFENDANT IDENTIFICATION

16. In the First Amended Complaint, Plaintiff identified ALC Records LLC as a defendant.
17. Plaintiff has since determined that the label credit associated with the album Alfredo 2 identifies the label as "ALC Records."
18. This Second Amended Complaint corrects the identification of that defendant from ALC Records LLC to ALC Records in order to conform the pleading to the label credit associated with the album release.
19. This amendment is made solely for the purpose of correcting the identification of that defendant and does not otherwise alter the substance of Plaintiff's claims.

INCORPORATION OF PRIOR ALLEGATIONS

20. Except as expressly amended herein with respect to the identification of ALC Records, Plaintiff repeats, realleges, and incorporates by reference all allegations, claims, and requests for relief set forth in the First Amended Complaint.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendants have infringed Plaintiff's copyright in the musical composition "Everything Is You";

B. Award statutory damages pursuant to 17 U.S.C. § 504(c);

C. Award Plaintiff his costs and attorneys' fees pursuant to 17 U.S.C. § 505;

D. Issue injunctive relief preventing further infringement of Plaintiff's copyrighted work; and

E. Grant such other and further relief as the Court deems just and proper.

JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

*/s/ Charles A. Dunn Sr.*

Charles A. Dunn Sr.
Plaintiff, Pro Se