UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Case No. 1:26-cv-01230-AS

CHARLES A. DUNN, SR.,
Plaintiff,

v.

FREDRICK J. TIPTON, p/k/a "FREDDIE GIBBS," et al.,
Defendants.

GRANTED. Plaintiff may proceed to use the methods of service described in paragraph 11(a) and (b). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 20, 2026

PLAINTIFF'S AMENDED MOTION FOR ALTERNATIVE SERVICE PURSUANT TO FED. R. CIV. P. 4(e)(1), 4(h)(1), AND N.Y. C.P.L.R. § 308(5)

Plaintiff, Charles A. Dunn, Sr. ("Plaintiff"), proceeding pro se and in forma pauperis, respectfully submits this Amended Motion for Alternative Service and states as follows:

1. This motion amends and supplements Plaintiff's previously filed motion seeking authorization for alternative service upon Defendant Fredrick J. Tipton p/k/a "Freddie Gibbs."

2. Plaintiff previously sought authorization to effect service through counsel involved in communications and settlement discussions relating to the dispute underlying this action.

3. At the time the original motion was filed, Plaintiff reasonably believed that such method was reasonably calculated to provide Defendant with actual notice of this action based upon counsel's direct involvement in communications concerning the underlying claims asserted herein.

4. Traditional methods of service have proven impracticable under the circumstances presented here, as reflected by the filed Marshal's Process Receipt and Return of Service Unexecuted concerning Defendant Fredrick J. Tipton.

5. On May 5, 2026, the Court docketed a Marshal's Process Receipt and Return of Service Unexecuted reflecting that service upon Defendant Fredrick J. Tipton was attempted but not completed.

6. Plaintiff has undertaken reasonable efforts to effectuate service through conventional means. Despite those efforts, service has not been completed, and Plaintiff therefore seeks only a practical alternative reasonably calculated to provide actual notice without unnecessary delay.

7. On May 5, 2026, following the filing of Plaintiff's prior motion, Plaintiff received written communication from April D. Villanueva, identified as a Global Resource Assistant associated with Nixon Peabody LLP, specifically directing Plaintiff to continue directing communications concerning Dunn v. Tipton, et al. to attorney Carron Mitchell using updated professional contact information provided for that purpose.

8. The communication further provided updated professional contact information for attorney Carron Mitchell following her departure from the law firm through which prior communications and settlement discussions concerning this matter had previously occurred.

9. Plaintiff therefore reasonably believes that service directed through attorney Carron Mitchell using the updated professional contact information specifically provided for communications concerning this litigation is reasonably calculated under the circumstances to provide Defendant with actual notice of this action.

10. Federal Rule of Civil Procedure 4(e)(1) permits service pursuant to the law of the state where the district court is located, including New York C.P.L.R. § 308(5), which authorizes court-directed alternative service where traditional methods of service are impracticable.

11. Plaintiff respectfully requests authorization to effect service through either or both of the following methods:

(a) through the registered agent for ESGN, LLC, a business entity publicly identified and commercially associated with Defendant Fredrick J. Tipton p/k/a "Freddie Gibbs" in connection with Defendant's music-related business activities and the subject matter underlying the allegations asserted in this action:

ESGN, LLC
c/o eResidentAgent, Inc.
9000 Sunset Blvd., Suite 1260
West Hollywood, CA 90069

And/or

(b) through attorney Carron Mitchell using the professional contact information specifically provided to Plaintiff for communications concerning Dunn v. Tipton, et al.:

Carron Mitchell
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, CA 90067
cmitchell@btlaw.com

12. Plaintiff submits that the requested methods are reasonably calculated under all circumstances to provide Defendant with actual notice of this action and an opportunity to respond.

13. Plaintiff further submits that service through the registered agent for ESGN, LLC is reasonably calculated to provide notice because ESGN, LLC has been publicly identified and commercially associated with Defendant Fredrick J. Tipton p/k/a "Freddie Gibbs" in connection with Defendant's music-related business activities and the subject matter underlying this action.

14. The requested amendment is narrowly tailored to address newly discovered information concerning attorney Carron Mitchell's transition while ensuring that service proceeds through channels reasonably associated with Defendant and prior communications concerning this dispute.

15. Plaintiff does not seek extraordinary relief, but rather a practical modification designed to ensure effective notice while avoiding unnecessary delay in service of process.

16. Plaintiff respectfully submits that the requested methods satisfy constitutional due process because they are reasonably calculated, under all circumstances presented here, to apprise Defendant of the pendency of this action and afford Defendant an opportunity to appear and respond.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order authorizing alternative service through one or more of the alternative methods identified above, together with such other and further relief as the Court deems just and proper.

Respectfully submitted,

*Charles A. Dunn Sr. - 5/5/26*

Charles A. Dunn, Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
Charlesdunn37@gmail.com
(929) 303-1315

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Case No. 1:26-cv-01230-AS

CHARLES A. DUNN, SR.,
Plaintiff,

v.

FREDRICK J. TIPTON, p/k/a "FREDDIE GIBBS," et al.,
Defendants.

DECLARATION OF CHARLES A. DUNN, SR. IN SUPPORT OF PLAINTIFF'S AMENDED
MOTION FOR ALTERNATIVE SERVICE

I, Charles A. Dunn, Sr., pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as
follows:

1. I am the Plaintiff in the above-captioned action and submit this Declaration in support of
   Plaintiff's Amended Motion for Alternative Service pursuant to Federal Rule of Civil
   Procedure 4(e)(1), Rule 4(h)(1), and New York C.P.L.R. § 308(5).

2. I have personal knowledge of the matters stated herein and, if called upon to testify,
   could and would testify competently thereto.

3. I am proceeding pro se and in forma pauperis in this action.

4. Plaintiff previously sought authorization to effect service upon Defendant Fredrick J.
   Tipton p/k/a "Freddie Gibbs" through counsel involved in communications and
   settlement discussions relating to the dispute underlying this action.

5. At the time the prior motion was filed, I reasonably believed that such proposed method
   of service was reasonably calculated to provide Defendant with actual notice of this
   action based upon counsel's direct involvement in communications concerning the claims
   asserted herein.

6. Traditional methods of service have proven impracticable under the circumstances
   presented here.

7. On May 5, 2026, the Court docketed a Marshal's Process Receipt and Return of Service
   Unexecuted reflecting that service upon Defendant Fredrick J. Tipton was attempted but
   not completed.

8. I have undertaken reasonable efforts to effectuate service through conventional means. Despite those efforts, service has not been completed.

9. On May 5, 2026, following the filing of Plaintiff's prior motion, I received written communication from April D. Villanueva, identified within the communication as a Global Resource Assistant associated with Nixon Peabody LLP, specifically directing that communications concerning Dunn v. Tipton, et al. be directed to attorney Carron Mitchell using updated professional contact information provided for that purpose.

10. The communication further provided updated professional contact information for attorney Carron Mitchell following her departure from the law firm through which prior communications and settlement discussions concerning this matter had previously occurred.

11. Based upon the foregoing, I reasonably believe that service directed through attorney Carron Mitchell using the updated professional contact information specifically provided for communications concerning this litigation is reasonably calculated under the circumstances to provide Defendant with actual notice of this action.

12. I further reasonably believe that service through the registered agent for ESGN, LLC is reasonably calculated to provide notice because ESGN, LLC has been publicly identified and commercially associated with Defendant Fredrick J. Tipton p/k/a "Freddie Gibbs" in connection with Defendant's music-related business activities and the subject matter underlying this action.

13. The requested methods of alternative service are narrowly tailored to provide practical and effective notice while avoiding unnecessary delay in service of process.

14. I respectfully submit that the requested methods of alternative service satisfy constitutional due process requirements because they are reasonably calculated, under all circumstances presented here, to apprise Defendant of the pendency of this action and afford Defendant an opportunity to appear and respond.

15. A true and correct copy of the written communication referenced herein is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2026.

Charles A. Dunn, Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
Charlesdunn37@gmail.com
(929) 303-1315

Fwd: Dunn v. Tipton et al., 1:26-cv-01230 (AS) — Notice of Filing

---------- Forwarded message ---------
From: **Villanueva, April** <avillanueva@nixonpeabody.com>
Date: Tue, May 5, 2026 at 5:48 PM
Subject: RE: Dunn v. Tipton et al., 1:26-cv-01230 (AS) — Notice of Filing
To: Charles Dunn <charlesdunn37@gmail.com>

Dear Mr. Dunn,

I am including Carron's new contact information below. Please direct all communications to her regarding Dunn v. Tipton, et al.

 **Carron Mitchell**, Partner
**Direct:** (424) 363-2929 | **Email:** cmitchell@btlaw.com
2029 Century Park East Suite 300, Los Angeles, CA 90067

Atlanta | Baltimore | Boston | Chicago | Dallas | Delaware | Denver | Florida | Indiana | Los Angeles | Michigan | Minneapolis
Nashville | New Jersey | New York | Ohio | Philadelphia | Phoenix | Raleigh | Salt Lake City | San Diego | Washington, D.C.

Best,

 **April D. Villanueva**
She/Her/Hers
**Global Resource Assistant**
to Benedict Kwon, Nicholas Anderson, Nic Mayne, Gabrielle Goldstein, Danie
avillanueva@nixonpeabody.com
 Nixon Peabody LLP
300 South Grand Avenue, Suite 4100, Los Angeles, CA 90071-3151
nixonpeabody.com   @NixonPeabodyLLP