UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles A. Dunn, Sr., | |
| Plaintiff, | |
| -against- | |
| Frederick Tipton et al., | |
| Defendants. | |

26-CV-1230 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

At this point, it appears that plaintiff has attempted to enact service on defendants in a variety of different ways, but has been mostly unsuccessful. Given plaintiff's requests for clarification from the Court on how to proceed, Dkts, 33, 34, the Court will hold the remote pretrial conference scheduled for June 18, and at that conference will inquire with plaintiff about how service in this case could be effected successfully.

The Clerk of Court is respectfully directed to terminate Dkts. 33 and 34.

SO ORDERED.

Dated: June 15, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge