UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles A. Dunn, Sr., | |
| Plaintiff, | 26-CV-1230 (AS) |
| -against- | |
| Federick Tipton et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

In light of the risk that a trial currently before the Court creates a scheduling conflict, the conference scheduled for June 18 is moved to **June 23, 2026** at the same time. The dial-in information remains the same.

SO ORDERED.

Dated: June 17, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge