UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles A. Dunn Sr.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Fredrick J Tipton P/K/A Freddie Gibbs

(List the full name(s) of the defendant(s)/respondent(s).)

1:26 CV 01230 (AS) (____)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

☒ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

Plaintiff respectfully requests that the Court seek pro bono counsel because this action involves complex issues of federal copyright law, multiple defendants located in different jurisdictions, and procedural issues concerning service of process and default practice.

Plaintiff proceeds in forma pauperis and lacks the financial resources to retain private counsel. Plaintiff has nevertheless diligently prosecuted this action, including preparing and filing the Complaint and subsequent amended pleadings, responding to Court orders, preparing service documents, and pursuing service through the United States Marshals Service and alternative service procedures authorized by the Court.

The case presents issues involving copyright ownership, infringement, substantial similarity, industry music metadata, chain-of-title evidence, and damages. Plaintiff anticipates that discovery may involve corporate records, licensing information, royalty information, communications among multiple defendants, and expert testimony concerning music and

copyright matters. Plaintiff lacks the legal training and financial resources necessary to effectively conduct such discovery and present these issues at trial.

In addition, several defendants are represented by experienced counsel or are expected to obtain counsel. The disparity in legal resources between Plaintiff and Defendants will substantially impair Plaintiff's ability to litigate the case on equal footing.

Plaintiff believes the claims have merit and has diligently complied with the Court's orders throughout this litigation. Appointment of pro bono counsel would assist in the efficient presentation of the case, facilitate discovery, and promote the fair administration of justice.

3. **Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)**

Plaintiff has made substantial efforts to obtain legal representation in this matter. In addition to completing multiple attorney screening and referral processes through Volunteer Lawyers for the Arts New York, Plaintiff independently sought representation from numerous law firms and attorneys, including:

• Kirkland & Ellis LLP (Allie Cunningham)• Abrams Fensterman LLP• Pryor Cashman LLP• Robins Kaplan LLP• Isidor Law• JTB Law Group• Stinson LLP• Fox Rothschild LLP• Reitler Kailas & Rosenblatt LLP• Grant Attorneys at Law• Frankfurt Kurnit Klein & Selz PC

Despite these efforts, Plaintiff has been unable to secure counsel due to conflicts of interest, declinations, or firms' inability to undertake representation. Plaintiff therefore continues to prosecute this action pro se.

4. **If you need an attorney who speaks a language other than English, state what language(s) you speak:** N/A.

5. **I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.**

6. **I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.**

7. **I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.**

6/11/2026
Date

Charles A Dunn Sr
Signature

Charles A. Dunn Sr, Plaintiff Pro Se
Name (Last, First, MI)

Prison Identification # (if incarcerated)

2340 Coolbrook Ct
Address

Oviedo
City

FL
State

32766
Zip Code

(929)303-1315
Telephone Number

Charlesdunn37@gmail.com
E-mail Address (if available)

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 5, 2026