UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:26-cv-01230-AS

CHARLES A. DUNN, SR.,
Plaintiff,

v.

FREDRICK TIPTON, et al.,
Defendants.

LETTER REQUESTING AUTHORIZATION OF ALTERNATIVE SERVICE UPON DEFENDANTS ALAN MAMAN AND ALC RECORDS

Hon. Arun Subramanian
United States District Judge
Southern District of New York

Dear Judge Subramanian:

Plaintiff Charles A. Dunn, Sr., appearing pro se, respectfully writes to request authorization to effect alternative service upon Defendants Alan Maman, a/k/a "The Alchemist," and ALC Records through attorney Carron Mitchell.

On March 19, 2026, the Court entered an Order of Service (ECF No. 11), directing the Clerk of Court to issue summonses for the Defendants and deliver the documents necessary to effect service to the U.S. Marshals Service. The Court identified the First Amended Complaint (ECF No. 6) as the operative pleading and directed that it be included in the service package. Service upon Alan Maman and ALC Records remains outstanding.

On November 13, 2025, Ms. Mitchell responded to Plaintiff concerning the alleged unauthorized use of "Everything Is You" in "Empanada." In that correspondence, Ms. Mitchell stated that her law firm represented Fredrick Tipton and ESGN, LLC and instructed Plaintiff to direct further correspondence to her attention. A copy of the November 13, 2025 correspondence is attached as Exhibit A.

On May 5, 2026, Plaintiff received an email providing Ms. Mitchell's updated contact information following her change of law firms. The email stated: "Please direct all

communications to her regarding Dunn v. Tipton, et al." The correspondence provided Ms. Mitchell's updated email address as cmitchell@btlaw.com. A copy of the May 5, 2026, correspondence is attached as Exhibit B.

The Court subsequently authorized alternative service upon Defendant Fredrick Tipton through Ms. Mitchell, and Plaintiff effected service upon Tipton through Ms. Mitchell pursuant to the Court's authorization.

Ms. Mitchell also continued to communicate with Plaintiff concerning the dispute through July 2026, including settlement communications. Plaintiff does not disclose or rely upon the substance or terms of those communications and references them only to identify the timing of Ms. Mitchell's continued communication concerning the dispute.

Considering the outstanding service upon Alan Maman and ALC Records and the foregoing communications concerning this action, Plaintiff respectfully requests that the Court authorize alternative service upon Alan Maman and ALC Records through Ms. Mitchell at her updated email address identified in Exhibit B.

Plaintiff does not state that Ms. Mitchell represents Alan Maman or ALC Records or that she has agreed to accept service on their behalf. Plaintiff respectfully seeks the Court's authorization to use this method of service.

Plaintiff respectfully requests such further direction concerning service upon these Defendants as the Court deems appropriate.

Respectfully submitted,

Charles A. Dunn, Sr. - 8/24/26

Charles A. Dunn, Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
(929) 303-1315
Charlesdunn37@gmail.com

Plaintiff's request to serve Alan Maman and ALC Records via email to Ms. Mitchell is DENIED. There is no indication that she has any relationship to those defendants or is authorized to accept service on their behalf.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: August 31, 2026