UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:26-cv-01230-AS

CHARLES A. DUNN, SR.,
Plaintiff,

v.

FREDRICK TIPTON, et al.,
Defendants.

LETTER MOTION FOR AUTHORIZATION OF ALTERNATIVE SERVICE OF LOCAL CIVIL RULE 55.1 DEFAULT PAPERS AS TO DEFENDANT FREDRICK TIPTON

Dear Judge Subramanian:

Plaintiff Charles A. Dunn, Sr., appearing pro se, respectfully requests authorization to serve the papers required in connection with Plaintiff's request for a Clerk's Certificate of Default as to Defendant Fredrick Tipton through defense counsel Carron Mitchell by electronic mail and United States Postal Service Certified Mail.

On August 5, 2026, the Court granted Plaintiff's request for alternative service upon Defendant Tipton through defense counsel Carron Mitchell. (ECF No. 44.) On August 11, 2026, a summons for Defendant Tipton was issued. (ECF No. 47.)

On August 24, 2026, at 8:12 p.m. Central Daylight Time, pursuant to the Court's August 5, 2026, Order, Plaintiff transmitted by electronic mail to Attorney Mitchell the issued summons (ECF No. 47), the operative First Amended Complaint (ECF No. 6), and the Court's August 5, 2026, Order granting alternative service (ECF No. 44). Plaintiff received no bounce-back, undeliverable message, or other error notification indicating that the email transmission failed.

Also on August 24, 2026, Plaintiff transmitted to the Court documentation concerning the corrected service upon Defendant Tipton. In that submission, Plaintiff advised the Court that the corrected service packet had been transmitted by email to defense counsel on August 24, 2026. The submission was subsequently entered on the docket as ECF No. 57.

On August 25, 2026, Plaintiff also mailed a copy of the corrected service package to Attorney Mitchell by United States Postal Service Certified Mail, tracking number 9589 0710 5270 0015 8757 13.

Twenty-one days from August 24, 2026, service expired on September 14, 2026. As of the date of this letter, Defendant Tipton has not answered, moved, or otherwise responded to the First Amended Complaint.

Plaintiff therefore intends to request a Clerk's Certificate of Default as to Defendant Tipton pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55.1.

Local Civil Rule 55.1(a)(4) requires a certificate of service showing that the papers submitted pursuant to Local Civil Rule 55.1(a)(1)-(3) were personally served on the party against whom default is sought or, where that party is an individual, mailed to the individual's last known residence.

Plaintiff does not have a known residential address for Defendant Tipton at which to mail the Local Civil Rule 55.1 default papers. The Court previously authorized alternative service upon Defendant Tipton through Attorney Mitchell. (ECF No. 44.)

Accordingly, Plaintiff respectfully requests that the Court authorize Plaintiff to serve the papers required by Local Civil Rule 55.1 upon Defendant Fredrick Tipton through defense counsel Carron Mitchell by electronic mail and United States Postal Service Certified Mail to Attorney Mitchell's business address.

Plaintiff respectfully submits that the requested methods are reasonably calculated under the circumstances to provide Defendant Tipton with notice of Plaintiff's request for entry of default, particularly in light of the Court's prior authorization of alternative service upon Defendant Tipton through Attorney Mitchell.

In the alternative, Plaintiff respectfully requests that the Court direct Plaintiff as to the appropriate method for serving the Local Civil Rule 55.1 papers upon Defendant Tipton where Plaintiff does not have a known residential address for Defendant Tipton.

Respectfully submitted,

Charles A. Dunn Sr. 9/15/26

Charles A. Dunn, Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
Telephone: (929) 303-1315
Email: Charlesdunn37@gmail.com

Plaintiff's request is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 66.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: September 18, 2026