UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Case No. 1:26-cv-01230-AS

CHARLES A. DUNN, SR.,
Plaintiff,

V

FREDERICK TIPTON, et al.,
Defendants.

PLAINTIFF'S LETTER MOTION REQUESTING ENTRY OF AN ORDER OF SERVICE TO IMPLEMENT ECF NOS. 81 AND 83

Honorable Judge Subramanian:

Plaintiff Charles A. Dunn, Sr., proceeding pro se, respectfully requests that the Court enter an Order of Service directing issuance of the summonses and transmission of the submitted service papers to the United States Marshals Service in accordance with the relief granted at ECF Nos. 81 and 83.

1. On October 1, 2026, the Court granted the request at ECF No. 81.

2. On October 5, 2026, the Court granted the request at ECF No. 83.

3. Plaintiff has submitted service packets for both defendants covered by those orders. The summonses have not yet been issued.

4. On October 14, 2026, Plaintiff contacted the Pro Se Intake Unit and was advised that an Order of Service from the Court is required before the summonses can be issued.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order of Service directing the Clerk of Court to issue the necessary summonses and forward them, together with the submitted service papers, to the United States Marshals Service for service in accordance with ECF Nos. 81 and 83.

Respectfully submitted,

Charles A Dunn Sr. - 11/14/26

Charles A. Dunn, Sr.
Plaintiff, Pro Se
2340 Coolbrook Ct.
Oviedo, FL 32766
(347) 510-2477
Charlesdunn37@gmail.com

GRANTED. The Clerk of Court is respectfully directed to issue summonses in accordance with the Court's orders at Dkts. 81 and 83, using the materials provided by the plaintiff at Dkts. 84 and 85 (unless the Clerk identifies any deficiencies in the information plaintiff has provided). The Clerk of Court is also respectfully directed to terminate the motion at ECF No. 86.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: October 16, 2026